# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5097**  **September Term, 2022**
FILED ON: JULY 25, 2023

LAURA J. RAMOS,
    APPELLANT

v.

MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-00328)

Before: SRINIVASAN, *Chief Judge*, WILKINS and PAN, *Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of appellant's motion for leave to file a third amended complaint be affirmed; its grant of summary judgment with regard to the 2011 rescission of the offer to transfer to Unit 1B be reversed; and its grant of summary judgment on all other grounds be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/

        Daniel J. Reidy
        Deputy Clerk

Date: July 25, 2023

Opinion for the court filed by Circuit Judge Wilkins.